Battle, J.
 

 We concur with his Honor in the opinion that tbe subscription of tbe paper writing by E. J. Grigg, as a witness, before the insertion of the name of J. G. "Williamson, as one of tbe executors, did not, under tbe circumstances, prevent it from being proved as tbe last will and testament of tbe alleged testator. Tbe witness, and tbe testator, were both present, and the execution of the paper was
 
 in fieri,
 
 when tbe name of tbe additional executor was inserted at the instance of the testator, and with tbe knowledge and concurrence of tbe witness. It would have been an idle ceremony for them to have then traced their names over again, or have written them anew. It appears from tbe paper writing itself, that tbe addition of another executor, did not make any material alteration in its devises or bequests. In the case of
 
 Bateman
 
 v.
 
 Mariner,
 
 1 Murph. Rep. 148, the testator signed bis will, and it was attested, in bis presence, by one witness. He then inserted the date and the words “my dearly beloved,” and had it attested in his presence, by another witness. The testator then acknowledged the execution of the will before both witnesses, and it was held to be a valid execution of it. There is no error.
 

 Pee Cubiam, Judgment affirmed.